UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VITAL,<br><br>                                   Plaintiff,<br><br>v.<br><br>SHARKNINJA OPERATING, LLC et al.,<br><br>                                   Defendants. | Case No.:  20cv123-MMA(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATIONS**<br><br>**[ECF No. 8]** |

On June 3, 2020, the parties filed a joint motion requesting that the Court enter the parties' Protective Order.  ECF No. 8.  The Court has considered the Stipulated Protective Order and, for good cause shown, the joint motion is **GRANTED** with the following modifications:

1.      Section 12.1 [ECF No. 8 at 13] should read as follows, in compliance with Magistrate Judge Barbara L. Major's Chambers Rules[1]:

> Modification of the Protective Order.  Nothing in this Order abridges the right of any person to seek its modification by the court in the future.  Additionally, the Court may modify the terms and conditions of the Order for good cause, or in the interest of justice, or on its own order at any time during these proceedings.

---

[1] Honorable Barbara Lynn Major, U.S. Magistrate Judge, Chambers Rules-Civil Cases, available at https://www.casd.uscourts.gov/judges/major/docs/Chambers%20Rules%20Civil.pdf.

2.  Section 12.3 [ECF No. 8 at 13-14] should read as follows, in compliance with Magistrate Judge Barbara L. Major's Chambers Rules:

<u>Filing Protected Material.</u>  Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material.  No document may be filed under seal, i.e., closed to inspection by the public except pursuant to a Court order that authorizes the sealing of the particular document, or portions of it.  A sealing order may issue only upon a showing that the information is privileged or protectable under the law.  The request must be narrowly tailored to seek sealing only of the confidential or privileged material.  To file a document under seal, the parties must comply with the procedures explained in Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California and Civil Local Rule 79.2.  In addition, in accordance with Judge Major's preferences, a party must file a 'public' version of any document that it seeks to file under seal.  In the public version, the party may redact only that information that is deemed 'Confidential.'  The party should file the redacted document(s) simultaneously with a joint motion or ex parte application requesting that the confidential portions of the document(s) be filed under seal and setting forth good cause for the request."

**IT IS SO ORDERED.**

Dated:  6/4/2020

Hon. Barbara L. Major
United States Magistrate Judge