UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VITAL,<br><br>                                          Plaintiff,<br><br>v.<br><br>SHARKNINJA OPERATING, LLC et al.,<br><br>                                          Defendants. | Case Nos.:  20cv123-MMA(BLM)<br><br>**ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER**<br><br>**[ECF No. 14]** |

On October 13, 2020, the parties filed a Stipulation to Amend Scheduling Order.  ECF No. 14.  The parties seek to continue discovery and pre-trial deadlines set in this Court's June 12, 2020 Scheduling Order Regulating Discovery and Other Pre-trial Proceedings [ECF No. 11].  Id. at 2.  In support of their motion, the parties state that they agreed to participate in mediation of this case on December 2, 2020 with Judge Denton, a private mediator.  Id.  In further support of their motion, the parties state that good cause exists to amend the scheduling order because, even with extreme diligence, the parties will not be able to meet the current deadlines as they are set.  Id. at 3.  Finally, the parties state that, "if the parties are unable to settle the underlying case at mediation, the parties wish to be able to proceed with their case[] diligently, without waiving any deadlines."  Id.

Accordingly, good cause appearing, the Court **GRANTS** the parties' motion and sets the following dates:

///

| Deadline | Current Date | New Date |
|---|---|---|
| Fact Discovery Completion | January 15, 2021 | Unchanged |
| Designation of Experts | November 13, 2020 | December 31, 2020 |
| Designation of Rebuttal Experts | December 4, 2020 | January 22, 2021 |
| Rule 26(a)(2)(A) and (B) Disclosures | December 21, 2020 | February 5, 2021 |
| Rule 26(a)(2)(D) Supp. Disclosures | January 21, 2021 | March 5, 2021 |
| Expert Discovery Completion | February 26, 2021 | April 12, 2021 |
| Pretrial Motions Filing Deadline | March 26, 2021 | May 12, 2021 |
| Confidential Settlement Statements | October 26, 2020 | June 4, 2021 |
| Mandatory Settlement Conference | November 4, 2020 at 9:30 a.m. | June 14, 2021 at 9:30 a.m. |

All other guidelines and requirements remain as previously set.  See ECF No. 11.

**IT IS SO ORDERED.**

Dated:  10/14/2020

Hon. Barbara L. Major
United States Magistrate Judge