1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 ANITA VITAL, | Case Nos.:  20cv123-MMA(BLM) |
| 11 Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO FURTHER AMEND SCHEDULING ORDER** |
| 12 v. | |
| 13 SHARKNINJA OPERATING, LLC et al., | |
| 14 Defendants. | **[ECF No. 16]** |

15

16    On December 7, 2020, the parties filed a Joint Stipulation to Further Amend Scheduling

17 Order.  ECF No. 16.  The parties seek to continue discovery and pre-trial deadlines set in this

18 Court's October 14, 2020 Order Granting Stipulation to Amend Scheduling Order [ECF No. 15].

19 Id. at 2.  In support of their motion, the parties state that, though they initially agreed to

20 participate in mediation of this case on December 2, 2020 with Judge Denton, the complexity of

21 the case required the parties to move the mediation to February 4, 2021.  Id.  In further support

22 of their motion, the parties state that good cause exists to amend the scheduling order because,

23 even with extreme diligence, the parties will not be able to meet the current deadlines as they

24 are set.  Id.  Finally, the parties state that, "if the parties are unable to settle the case at

25 mediation . . . the parties wish to have the ability to proceed with their case[] diligently with

26 ample time to meet the applicable deadlines."  Id.

27    Accordingly, good cause appearing, the Court **GRANTS** the parties' motion and sets the

28 following dates:

1

| Deadline | Current Date | New Date |
|---|---|---|
| Fact Discovery Completion | January 15, 2021 | March 22, 2021 |
| Designation of Experts | December 31, 2020 | March 1, 2021 |
| Designation of Rebuttal Experts | January 22, 2021 | March 22, 2021 |
| Rule 26(a)(2)(A) and (B) Disclosures | February 5, 2021 | April 5, 2021 |
| Rule 26(a)(2)(D) Supp. Disclosures | March 5, 2021 | May 5, 2021 |
| Expert Discovery Completion | April 12, 2021 | June 11, 2021 |
| Pretrial Motions Filing Deadline | May 12, 2021 | July 12, 2021 |
| Confidential Settlement Statements | June 4, 2021 | July 23, 2021 |
| Mandatory Settlement Conference | June 14, 2021 at 9:30 a.m. | August 2, 2021 at 9:30 a.m. |

All other guidelines and requirements remain as previously set.  See ECF Nos. 11, 15.

**IT IS SO ORDERED.**

Dated:  12/8/2020

Hon. Barbara L. Major
United States Magistrate Judge

20cv123-MMA(BLM)