# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VITAL,<br><br>Plaintiff,<br><br>v.<br><br>SHARKNINJA OPERATING, LLC, et al.,<br><br>Defendants. | Case No.: 20-cv-123-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 20] |

On April 5, 2021, Plaintiff and Defendants SharkNinja Operating, LLC and Walmart, Inc. filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** the case with prejudice. The Court further **DIRECTS** the Clerk of Court to terminate all pending motions and deadlines and close this case.

**IT IS SO ORDERED.**

Dated: April 5, 2021

HON. MICHAEL M. ANELLO
United States District Judge